# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| RUFUS LOWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-00857 |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | Judge Sharp |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## MOTION FOR CLIENT TO BE EXCUSED FROM PERSONALLY ATTENDING ENTIRETY OF JUDICIAL SETTLEMENT CONFERENCE

Defendant, the Metropolitan Government of Nashville and Davidson County, Tennessee ("Metropolitan Government") respectfully moves to be excused from the client attendance requirement at the judicial settlement conference scheduled for April 13, 2012. Magistrate Judge Bryant, who will preside over the settlement conference, ordered that the parties seek leave in advance from the requirement that the client attend the conference (Docket Entry No. 68), and the Metropolitan Government hereby moves for leave pursuant to that Order. Specifically, the client representative, MNPS Chief Operating Officer Fred Carr, has a previously-scheduled meeting set for 1:00 p.m. that day regarding priority schools within the school district. He can attend the settlement conference beginning at 9:00 a.m., but may have to leave before its conclusion. The Metropolitan Government would therefore request that it be excused from the client attendance requirement should the conference last longer than Mr. Carr can be physically present.

The Metropolitan Government would further state that, to the extent that any one person has final authority to offer a settlement of claims against the Metropolitan Government, it is the